```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Patrick J. Cashman
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

*FILED IN THE U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

*FEB 07 2024*

*SEAN F. McAVOY, CLERK*
*SPOKANE, WASHINGTON*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:24-CR-00019-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 26 U.S.C. §§ 5841, 5845, 5861(d), 5871<br>Possession of an Unregistered Destructive Device (Count 1) |
| NICHOLAS ANDREW ANARDI | |
| Defendant. | ~~18 U.S.C. §§ 922(g)(1), 924(a)(2)~~<br>~~Felon in Possession of a Firearm (Count 2)~~ |
| | 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 48 U.S.C. § 80303, ~~18 U.S.C. § 924(d)(1)~~<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about September 11, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS ANDREW ANARDI, did knowingly possess a ~~firearm~~ *[CS] destructive device*, to wit:

INDICTMENT – 1

- an improvised explosive device described as a cardboard container wrapped with a length of iron wire and multiple layers of tape containing a quantity of explosive powder and pyrotechnic fuse; and

- an improvised explosive device described as a cardboard container surrounded with multiple coins secured to the device with multiple layers of black electrical tape containing a quantity of explosive powder and pyrotechnic fuse,

not registered to the Defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), 5871.

### ~~COUNT 2~~

~~Between on or about March 18, 2021 and on or about April 9, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS ANDREW ANARDI, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Citadel, Boss 25, 12-gauge shotgun, bearing serial number 21-17364, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).~~

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461, and 49 U.S.C. § 80303, upon conviction of an offense in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), 5871, as set forth in Count 1 this Indictment, the Defendant, NICHOLAS ANDREW ANARDI, shall forfeit to the United States of America any property involved or used in the commission of the offense, including, but not limited to, the following:

INDICTMENT – 2

- an improvised explosive device described as a cardboard container wrapped with a length of iron wire and multiple layers of tape containing a quantity of explosive powder and pyrotechnic fuse; and

- an improvised explosive device described as a cardboard container surrounded with multiple coins secured to the device with multiple layers of black electrical tape containing a quantity of explosive powder and pyrotechnic fuse

~~Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), Felon in Possession of a Firearm, as set forth in Count 2 of this Indictment, the Defendant, NICHOLAS ANDREW ANARDI, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense. The property to be forfeited includes, but is not limited to:~~

~~a Citadel, Boss 25, 12-gauge shotgun, bearing serial number 21-17364,~~

DATED this 7 day of February, 2024.

A TRUE BILL

███████████

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 3